FILED
GREAT FALLS DIV

2008 OCT 15 PM 2 43

PATRICK E. DUFFY, CLERK
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| JAMES D. FLOM, | ) | No. CV 04-66-GF-SEH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| HOLLY CORPORATION WELFARE | ) | |
| BENEFIT PLAN, and | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulation, it is hereby **ORDERED** that this matter is dismissed with prejudice. Each party shall bear its own costs and fees.

DATED this 15th day of October, 2008.

_____
Honorable Sam E. Haddon
United States District Judge

cc:   Shane P. Coleman
      John E. Seidlitz, Jr.

3937711_1.DOC